OPINION — AG — DURING PERIODS WHEN THE LIEUTENANT GOVERNOR IS NOT ACTING AS GOVERNOR AS PROVIDED BY ARTICLE VI, SECTION 15, ARTICLE VI, SECTION 16, OKLAHOMA CONSTITUTION, THE DEPARTMENT OF PUBLIC SAFETY DOES NOT HAVE THE AUTHORITY TO FURNISH A CAR OR DRIVER, OR TO PAY THE EXPENSES OF A CAR OR DRIVER FOR, THE LIEUTENANT GOVERNOR. CITE: 74 O.S.H. 10 (RICHARD M. HUFF)